IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS PICOZZI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-2439 |
| | : | |
| MR. JEFF MURRY, *et al* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of June 2018, upon considering Thomas Picozzi's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 2) and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Picozzi's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. We **DISMISS** Mr. Picozzi's Complaint (ECF Doc. No. 2) for lack of subject matter jurisdiction **without prejudice** to pursue claims in state court.

3. Mr. Picozzi may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.